# First District Court of Appeal
## State of Florida

_____

No. 1D2022-3618

_____

TRACY A. PETHTEL,

   Appellant,

   v.

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,
et al, etc.,

   Appellees.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

March 8, 2024

PER CURIAM.

   AFFIRMED.

KELSEY, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Tracy A. Pethtel, pro se, Appellant.

Ashley Moody, Attorney General, and Juanita Villalpando, Assistant Attorney General, Tallahassee, for Appellees.